# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT A. MEDFORD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:17-CV-1012-JPG-DGW |
| C/O FITZ, et. al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the preparation of the transcript of the Pavey/Evidentiary Hearing held on 10/9/2018 in the above entitled cause of action be prepared by Molly Clayton, Court Reporter for the U.S. District Court, and filed with the Clerk of the Court ***within 30 days*** at the expense of the United States.

**DATED:** __October 10, 2018__

*s/ Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge