UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT A. MEDFORD,<br><br>    Plaintiff,<br><br>v.<br><br>C/O FITZ[1], ARAMARK FOOD SERVICES, JOHN DOE 1 (Laundry Worker), and JOHN DOE 2 (Maintenance Worker),<br><br>    Defendants. | Case No. 17-cv-1012-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: December 20, 2018**        MARGARET M. ROBERTIE, Clerk of Court

                                                        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**

---

[1] C/O Fitz, as named in the First Amended Complaint, is actually C/O Fisk.